ACCEPTED
01-14-00881-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
4/6/2015 5:32:26 PM
CHRISTOPHER PRINE
CLERK

# LAUCIUS & ASSOCIATES

ATTORNEYS AT LAW
1800 ST JAMES PLACE SUITE 200
HOUSTON, TEXAS 77056

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
4/6/2015 5:32:26 PM
CHRISTOPHER A. PRINE
Clerk

Thomas A. Laucius
Stephanie M. Harp

Tel: (713) 952-9840
Fax: (713) 952-9897
Toll Free (877) 538-6783
E-mail: sharp@lauciuslaw.com

April 6, 2015

JAMES OKORAFOR                                    Via CMRR:7014 1200 0001 2565 4628
PO BOX 710182
HOUSTON, TEXAS 77271

RE:     Cause #01-14-00881 *Emerita Medina, et al vs. Gloria Raren*, First Court of
        Appeals of Texas on appeal from Cause No. 1025647; *Emerita Medina, et al vs.
        Gloria Raren*; In the County Court at Law Number Four, Harris County, Texas

Dear Mr. Okorafor:

On March 19, 2015, we received notice from the Court of Appeals had been granted. However, we had not received a copy of the Motion considered by the court.

Subsequently, I obtained a copy of your pleading which contained a Certificate of Service alleging service through the electronic case manager.

On March 23, 2015, I requested you send proof of service so that I could investigate as we had never received the pleading. To date, I have not received the courtesy of a response.

Please forward a copy of your proof of service so that I may confer with the appropriate parties regarding same. Should you have any questions, please do not hesitate to call. I look forward to hearing from you soon. Thank you for your attention to this matter.

Sincerely,

Stephanie M. Harp

Cc:    *Christopher A. Prine*
       *Clerk, First Court of Appeals*
       *301 FanninStreet*
       *Houston, Texas 77002-2066*